# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

February 12, 2026

Before
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| No. 26-1069 | LUIS A. GARCIA CORREA,<br>    Petitioner - Appellee<br><br>v.<br><br>SAMUEL OLSON, et al.,<br>    Respondents - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:25-cv-13722<br>Northern District of Illinois, Eastern Division<br>District Judge Georgia N. Alexakis ||

This matter comes before the court on consideration of the papers filed in this appeal and review of the record.

The Rule 58 judgment entered in this case is deficient. A judgment must provide relief to which the prevailing party is entitled. *Hyland v. Liberty Mutual Fire Ins. Co.*, 885 F.3d 482, 483 (7th Cir. 2018). The judgment entered in this case fails to do so. It is insufficient to state only that a petition for a writ of habeas corpus is granted in favor of a petitioner and against particular respondents without providing relief, and the judgment itself must be self-contained and specify the relief awarded. *See* Johnson v. Acevedo, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly,

**IT IS ORDERED** that this appeal is **REMANDED** to the district court to enter a judgment that fully and correctly implements its decision granting habeas corpus relief. *See* Fed. R. Civ. P. 60(a). This court will retain jurisdiction over this appeal. Once the district court has corrected its judgment, this appeal will proceed to briefing. An

amended notice of appeal is unnecessary if the judgment is corrected to reflect "what actually happened." *Grunt Style LLC v. TWD, LLC*, 140 F.4th 839, 848 (7th Cir. 2025) (citing *Mosley v. Atchison*, 689 F.3d 838, 842–43 (7th Cir. 2012)).

**IT IS FURTHER ORDERED** that appellant shall inform the court, on or before February 19, 2026, whether the district court has entered its corrected judgment.

form name: **c7_Order_3J**    (form ID: **177**)